MEMOranda

HONORABLE Gerard L. Goettel

DEPUTY CLERK Smit   RPTR/ERO/TAPE _____

TOTAL TIME: ____ hours ____ minutes

DATE October 14, 2003   START TIME 10:00 am   END TIME 10:50 am
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

TIMOTHY P. DOYLE

vs.

TOWN OF LITCHFIELD &
CROMPTON CORP.

CIVIL NO. 3:02CV656 (GLG)

John Svoban
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Elizabeth Borton
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ ........ Jury of _____ report (see attached) ☐ Jury sworn
☐ ........ ☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ ........ ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☒ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ..... #27  Motion of π to Amend Amended Complaint ☐ granted ☐ denied ☒ advisement
☐ ..... #__  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....  Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm....  Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**VERDICT**