UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X   Civil Number:  02-CV-656 (GLG)

TIMOTHY P. DOYLE,                                              :
                                                              :
              Plaintiff                                       :
                                                              :
       v.                                                     :
                                                              :
TOWN OF LITCHFIELD; CROMPTON                                  :
MANUFACTURING COMPANY, INC.                                   :
                                                              :
              Defendants                                      :
-------------------------------------------------------------X   JANUARY 12, 2004


## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

The plaintiff Timothy P. Doyle, through undersigned *pro bono* counsel, respectfully moves the Court for Permission to Appeal in Forma Pauperis.  In support of this Motion, the plaintiff represents as follows:

1.      The plaintiff has filed  a Notice of Appeal in the above named case in which the plaintiff appeals to the United States Court of Appeals for the Second Circuit from an order denying plaintiff's Motion to Amend Amended Complaint entered October 23, 2003.

2.      In April 2002, the Court, Garfinkel, M.J., granted then *pro se* plaintiff's Motion to Proceed in Forma Pauperis.  A financial affidavit in support of the Motion to Proceed in Forma Pauperis was filed with said Motion and is on file with the Court.

3.      Undersigned counsel was appointed *pro bono* counsel for the plaintiff in January 2003.  A copy of the appointment is attached hereto as Exhibit A.

4.      Undersigned counsel is not aware of any change in plaintiff's financial status since his appointment as *pro bono* counsel.

WHEREFORE,  the plaintiff respectfully moves the Court for Permission to

Appeal in Forma Pauperis.


THE PLAINTIFF
TIMOTHY P. DOYLE


BY _____

    John T. Shaban (ct14075)
    Maciej A. Piatkowski (ct21555)
    Whitman Breed Abbott & Morgan LLC
    100 Field Point Rd.
    Greenwich, CT 06830
    203-869-3800
    203-869-1951 (facsimile)
    jshaban@wbamct.com
    mpiatkowski@wbamct.com