UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X   Civil Number: 02-CV-656 (GLG)
TIMOTHY P. DOYLE,                                           :
                                                            :
            Plaintiff                                       :
                                                            :
    v.                                                      :
                                                            :
TOWN OF LITCHFIELD; CROMPTON                                :
MANUFACTURING COMPANY, INC.                                 :
                                                            :
            Defendants                                      :
------------------------------------------------------------X   JANUARY 12, 2004


**NOTICE OF APPEAL**

Notice is hereby given that Timothy P. Doyle, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order denying plaintiff's Motion to Amend Amended Complaint entered October 23, 2003.[1]


                                THE PLAINTIFF
                                TIMOTHY P. DOYLE

                                BY _____
                                    John T. Shaban (ct14075)
                                    Maciej A. Piatkowski (ct21555)
                                    Whitman Breed Abbott & Morgan LLC
                                    100 Field Point Rd.
                                    Greenwich, CT 06830
                                    203-869-3800
                                    203-869-1951 (facsimile)
                                    jshaban@wbamct.com
                                    mpiatkowski@wbamct.com

---

[1] An Order denying plaintiff's Motion for Reconsideration was entered on December 15, 2003.