**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------X
TIMOTHY P. DOYLE,                 :
                                  :
        Plaintiff,                :         ORDER
                                  :
    -against-                     :
                                  :     3: 02 CV 656 (GLG)
TOWN OF LITCHFIELD; CROMPTON      :
MANUFACTURING COMPANY, INC.,      :
                                  :
        Defendants.               :
----------------------------------X
```

Plaintiff's motion for leave to appeal *in forma pauperis* [Doc. #38] is **granted**.

       **SO ORDERED.**

**Dated:**   **January 26, 2004**
            **Waterbury, CT**                          _____/s/_____
                                                **Gerard L. Goettel**
                                                      **U.S.D.J.**