UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

-------------------------------------------------x  Civil Number: 02-CV-656 (GLG)

TIMOTHY P. DOYLE,                                :       JAN 30   12 29 PM '04

       Plaintiff                                 :       U.S. DISTRICT COURT
                                                 :       NEW HAVEN, CONN.
     v.                                          :
                                                 :
TOWN OF LITCHFIELD; CROMPTON                     :
MANUFACTURING COMPANY, INC.                      :
                                                 :
       Defendants                               :
-------------------------------------------------x  JANUARY 29, 2004


### INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 4/11/02 | 3 | Complaint | 1 |
| 5/23/02 | 7 | Amended Complaint | 2 |
| 9/09/02 | 17 | Motion to Dismiss | 3 |
| 9/09/02 | 18 | Memorandum in Support of Motion to Dismiss | 4 |
| 10/8/02 | - | Endorsement | 5 |
| 1/10/03 | 22 | Appointment of Counsel Pro Bono | 6 |
| 07/11/03 | 27 | Motion to Amend Complaint | 7 |
| 07/31/03 | 28 | Memorandum in Opposition to Motion to Amend | 8 |
| 08/28/03 | 30 | Reply | 9 |
| 10/22/03 | 34 | Ruling denying Motion to Amend | 10 |

49498

| 10/31/03 | 35 | Motion for Reconsideration and Memorandum | 11 |
| 11/21/03 | 36 | Memorandum in Opposition Motion for Reconsideration | 12 |
| 12/15/03 | 37 | Order denying Motion for Reconsideration | 13 |
| 1/14/04 | 38 | Motion for Leave to Appeal in Forma Pauperis | 14 |
| 1/14/04 | 39 | Notice of Appeal | 15 |

THE PLAINTIFF/APPELLANT
TIMOTHY P. DOYLE

BY _____
John T. Shaban (ct14075)
Maciej A. Piatkowski (ct21555)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jshaban@wbamct.com
mpiatkowski@wbamct.com

49498

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Index to the Record on Appeal was served via first class mail as follows on the 30ᵗʰ day of January, 2004:

*Counsel for the Town of Litchfield*
George A. Dragon
Teresa M. Parietti
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford CT 06103

*Counsel for Crompton Corporation*
Elizabeth Barton
Alexander G. Filotto
Day Berry & Howard
Cityplace I, 185 Asylum St.
Hartford CT 06103

Maciej A. Piatkowski

49498