UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------X | Civil Number: 02-CV-656 (GLG) | |
| TIMOTHY P. DOYLE, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF LITCHFIELD; CROMPTON | : | |
| MANUFACTURING COMPANY, INC. | : | |
| | : | |
| Defendants | : | |
| ------------------------------------------------------------X | FEBRUARY 18, 2004 | |

## MOTION FOR REIMBURSEMENT OF COSTS

Pursuant to L. Civ. R. 83.10(g), the plaintiff, through undersigned pro bono counsel, respectfully moves for reimbursement of expenses in connection with the above referenced action. In support of this Motion, the plaintiff represents as follows:

1. On April 11, 2002, plaintiff's Motion to Proceed in Forma Pauperis was granted by the Court.

2. Subsequently, on January 1, 2003, undersigned counsel was appointed Counsel Pro Bono for the plaintiff.

3. On October 22, 2003, the Court denied plaintiff's Motion to Amend Amended Complaint. Plaintiff's Motion for Reconsideration was denied by the Court on December 15, 2003.

4. On January 14, 2004, the plaintiff filed a Notice of Appeal regarding the Court's denial of the plaintiff's Motion to Amend. This Court, on January 26, 2004, granted plaintiff's Motion for Leave to Appeal in Forma Pauperis.

5. Pursuant to FRAP 10, the plaintiff is required to supplement the record on appeal by submitting a transcript of the oral argument in the above-referenced action.

6. The plaintiff has been informed that the transcription of the pertinent oral argument in the above-referenced action will cost one hundred thirty-two dollars and ninety-two cents ($132.92). The court reporting service requires payment in full prior to completion of the transcript.

7. On February 11, 2004, Whitman Breed Abbott & Morgan LLC paid the court reporting service the requisite amount.

WHEREFORE, the plaintiff asks that he be reimbursed for this expense as set forth in Local Rule 83.10(g).

                THE PLAINTIFF
                TIMOTHY P. DOYLE


BY _____
   John T. Shaban (ct14075)
   Maciej A. Piatkowski (ct21555)
   Whitman Breed Abbott & Morgan LLC
   100 Field Point Rd.
   Greenwich, CT 06830
   203-869-3800
   203-869-1951 (facsimile)
   jshaban@wbamct.com
   mpiatkowski@wbamct.com

<u>Certificate of Service</u>

This is to certify that a copy of the foregoing Motion for Reimbursement of Costs was sent by first class mail, postage prepaid, on February 18, 2004 to the following:

| | |
|---|---|
| George A. Dagon, Jr.<br>Murtha Culina LLP<br>Cityplace I<br>185 Asylum St.<br>Hartford, CT 06103 | Jennifer Morgan DelMonico<br>Theresa M. Parietti<br>Murtha Culina LLP<br>Whitney Grove Sq.<br>2 Whitney Ave., PO Box 704-A<br>New Haven, CT 06503-0704 |

(Attorneys for Town of Litchfield)

Alexander G. Filotto
Elizabeth C. Barton
Day, Berry & Howard
Cityplace
Hartford, CT 06103

(Attorneys for Compton Corp.)

_____
John T. Shaban