**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
TIMOTHY P. DOYLE,                   :
                                    :
        Plaintiff,                  :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 656 (GLG)
TOWN OF LITCHFIELD; CROMPTON        :
MANUFACTURING COMPANY, INC.,        :
                                    :
        Defendants.                 :
------------------------------------X
```

    Plaintiff's motion for reimbursement of costs [Doc. #43] is **granted**.

    **SO ORDERED.**

**Dated:    March 11, 2004**
           **Waterbury, CT**                            **/s/**
                                                     **Gerard L. Goettel**
                                                       **U.S.D.J.**