FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 24 P 12:42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------------------------------------X
TIMOTHY P. DOYLE,                                  :    Civil Number
                                                   :    02-CV-656 (JCH)
           Plaintiff                               :
                                                   :
      v.                                           :
                                                   :
TOWN OF LITCHFIELD; CROMPTON                       :
MANUFACTURING COMPANY, INC.                        :
                                                   :
           Defendants                              :    JUNE 23, 2004
-----------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Timothy P. Doyle. Said Plaintiff will remain represented by Attorney John T. Shaban of Whitman Breed Abbott & Morgan LLC.

                              THE PLAINTIFF
                              TIMOTHY P. DOYLE

                              BY _____
                              Maciej A. Piatkowski (ct21555)
                              Whitman Breed Abbott & Morgan LLC
                              100 Field Point Rd.
                              Greenwich, CT 06830
                              Tel. 203-869-3800
                              Fax 203-869-1951
                              mpiatkowski@wbamct.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

George A. Dagon, Jr.
Murtha Culina
Cityplace I
185 Asylum St.
Hartford, CT 06103

Jennifer Morgan DelMonico
Theresa M. Parietti
Murtha Culina
Whitney Grove Sq.
2 Whitney Ave., PO Box 704-A
New Haven, CT 06503-0704

Alexander G. Filotto
Elizabeth C. Barton
Day, Berry & Howard
Cityplace
Hartford, CT 06103

_____
Maciej A. Piatkowski

53662                                     2