CJSN
02-CV-656
Goettel

# MANDATE 

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

DOYLE
v.
LITCHFIELD

Docket No. 04-0414-cv

### STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because some claims are still pending in District Court, i.e., _plaintiff's claim vs. Town of Litchfield_, FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

_____
Attorney for Appellant
John T. Shaban, Whitman, Breed, Abbott & Morgan

_____
Attorney for Appellee
Elizabeth C. Barton
Day, Berry & Howard LLP

Counsel: Please print name and firm under signature.

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _Stanley A. Bass_
Stanley A. Bass, Staff Counsel

June 9, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 6/23/04