UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO.:** _____ **(JCH)**

**ELECTRONIC FILING ORDER**

The Court orders that the parties shall file all documents in this case electronically.  Counsel are reminded that they must comply with the following requirements:

1.	Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.	Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

**Civil Cases:**   All pleadings (including briefs and exhibits) relating to the following:

a.	Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.	Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment);
c.	Requested jury instructions;
d.	Compliance with Pretrial Orders
e.	Trial briefs, including proposed findings of fact and conclusions of law; and
f.	**Any other filing that is in excess of 20 pages**;

**Criminal Cases:**  All pleadings (including briefs and exhibits) relating to the following:

    a.    Motions to dismiss;
    b.    Motions to suppress;
    c.    Motions to modify presentence reports;
    d.    Requested jury instructions;
    e.    Trial briefs; and
    f.    **Any other filing that is in excess of 20 pages**.

**SO ORDERED.**

                            /s/ Janet C. Hall
                            Janet C. Hall
                            United States District Judge

rev.9/1/04