UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------
TIMOTHY P. DOYLE,                          :
                                           :
      Plaintiff,                           :
                                           :
  v.                                       :     CIVIL ACTION NO.
                                           :     3:02 CV 656 (JCH)
TOWN OF LITCHFIELD, et al.                 :
                                           :
      Defendants.                          :     NOVEMBER 15, 2004
------------------------------------------------------------------

## TOWN OF LITCHFIELD'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b) and D. Conn. L. Civ. R. 56, the defendant Town of Litchfield ("Litchfield") respectfully moves that this Court enter summary judgment in its favor on plaintiff Timothy Doyle's Second Amended Complaint. Because Doyle requests that this Court consider essentially the same claims and issues that the state court adjudicated in an action titled *Lisa I. DiJon, et al. v. Town of Litchfield*, No. CV-97-0074982-S ("Doyle I"), the *Rooker-Feldman* doctrine prevents this Court from exercising jurisdiction over plaintiff's claims, and the claims are barred in any event by the doctrines of res judicata and collateral estoppel. The Court also is without jurisdiction because Doyle lacks standing to pursue the relief he seeks. Plaintiff's claims for strict liability and cost recovery under Connecticut Gen. Stat. § 22a-452 also fail, as a matter of law. Litchfield therefore respectfully requests that this Court enter summary judgment in its favor.

**ORAL ARGUMENT REQUESTED**

Litchfield submits concurrently herewith: Memorandum In Support Of Motion For Summary Judgment; Defendant's Local Rule 56(a)1 Statement in Support of Motion for Summary Judgment; and an appendix containing the documents and unpublished authority that Litchfield relies upon in support of this motion.

DEFENDANT - TOWN OF LITCHFIELD

By     /s/
George A. Dagon, Jr. – ct06599
Theresa M. Parietti - ct23559

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: gdagon@murthalaw.com
      tparietti@murthalaw.com
Its Attorneys

-3-

CERTIFICATE OF SERVICE

 I hereby certify that on November 15, 2004, a copy of foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 ___/s/_____
                 George A. Dagon, Jr.