UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---
| | |
|---|---|
| TIMOTHY P. DOYLE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| | :   3:02 CV 656 (JCH) |
| TOWN OF LITCHFIELD, et al. | : |
| | : |
| | : |
|     Defendants. | :   NOVEMBER 15, 2004 |
---

## NOTICE OF MANUAL FILING

Please take notice that the defendant, Town of Litchfield, has manually filed the following documents or things.

These documents have not been filed electronically because

[ X ]   the documents or things cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

-2-

Respectfully submitted,

DEFENDANT - TOWN OF LITCHFIELD


By /s/ George A. Dagon, Jr.
    George A. Dagon, Jr. – ct06599
    Theresa M. Parietti  - ct416306

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  gdagon@murthalaw.com
       tparietti@murthalaw.com
Its Attorneys

## CERTIFICATE OF SERVICE

 I hereby certify that on November 15, 2004, the foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 This document was also sent via U.S. mail, postage prepaid, to:

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Road
P.O. Box 2250
Greenwich, Connecticut  06836

        /s/ George A. Dagon, Jr.
         George A. Dagon, Jr. – ct06599
         Theresa M. Parietti  - ct416306