UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X   Civil Number: 02-CV-656 (GLG)

TIMOTHY P. DOYLE

        Plaintiff

    v.

TOWN OF LITCHFIELD

        Defendant

------------------------------------------------------------X   December 20, 2004

## DECLARATION OF JOHN T. SHABAN, ESQ.

I, John T. Shaban, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. §
1746, that the following facts are true based on my own personal knowledge:

1.    I am *pro bono* counsel to the Plaintiff in the above referenced action. I offer this
declaration in support of Plaintiffs' Opposition to the Town of Litchfield's Motion for Summary
Judgment. (I use the abbreviations from the Plaintiff's Opposition papers herein).

2.    Attached hereto as Exhibit A is a true and complete copy of the June 21, 1982
pollution abatement order against the Town and the Landfill, as entered by the Commissioner of
State of Connecticut's Department of Environmental Protection ("DEP").

3.    Attached hereto as Exhibit B is a true and complete copy of the map submitted to
the Connecticut DEP in 1984 by the Town depicting an area of approximately 350 acres
surrounding the Landfill delineating within the 350 acres the areas where: (a) the DEP had to
preapprove well drilling; or (b) the land was designated as a "No Soil Development Zone."
Plaintiff's Property is including in the later area.

4.    Attached hereto as Exhibit C is a true and complete copy of the September 10,
1991 correspondence from the State of Connecticut's Director of Waste Engineering and

58853

Enforcement Division, Waste Management Bureau and State of Connecticut's Director of Waste
Engineering and Enforcement Division, Waste Management Bureau's to the Plant Manager of
the Naugatuck Treatment Company ("NTC") regarding the disposal of incinerated sludge ash
from NTC.

5.      Attached hereto as Exhibit D is a true and complete copy of an April 2000 lab
report submitted by Plaintiff in the State Court Action but, upon information and belief, was
rejected by the State Court Judge as untimely.

6.      Attached hereto as Exhibit E is a true and complete copy of the unreported cases
cited in Plaintiff's Opposition to the Town's Motion.

                                        /s/ John T. Shaban
                                        John T. Shaban, Esq.

                                        Dated: December 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2004, a copy of foregoing Declaration of John T.

Shaban, Esq. was filed electronically. Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system [or by mail to anyone unable to accept

electronic filing]. Parties may access this filing through the Court's system.

/s/ John T. Shaban
John T. Shaban (ct14075)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jshaban@wbamct.com

# Exhibit A



# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



STATE OF CONNECTICUT
VS.
THE TOWN OF LITCHFIELD

IN THE MATTER OF AN ORDER TO THE TOWN OF LITCHFIELD TO ABATE —
POLLUTION

### O·R D E·R

Having found that the Town of Litchfield is a municipality
within which pollution reasonably can be anticipated in the future
under the provisions of Chapter 474a, Connecticut General Statutes
as amended, the Commissioner of Environemtnal Protection acting
under Section 25~54g hereby Orders the Town of Litchfield to take
such action as is necessary to:

1. Investigate the extent and degree of groundwater contamination
   resulting from the operation of a sanitary landfill on Old Pitch
   Road in the Town of Litchfield.

2. Take necessary remedial actions to minimize or eliminate the
   contamination resulting from such proactices.

The Town of Litchfield is further Ordered to accomplish the
above described program, except as may be revised by the
recommendations of detailed engineering study and agreed to by the
Commissioner of Environmental Protection in accordance with the
following schedule:

A. On or before July 31, 1982, verify to the Commissioner of
   Environmental Protection that a qualified consultant has been
   retained to perform the necessary studies under Directive 1.

B. On or before August 31, 1982, submit for the review and approval
   of the Commissioner of Environmental Protection a scope of study
   report for Directive 1 which includes the proposed location and
   depths of groundwater monitor wells, soil and surface water
   sampling locations, and proposed sampling program.

C. On or before September 30, 1982, verify to the Commissioner of
   Environmental Protection that monitoring wells as per step B
   have been installed as approved by the Commissioner of
   Environmental Protection and that the proposed sampling program
   has begun.

D. On or before November 30, 1982, submit for the review and
   approval of the Commissioner of Environemtnal Protection, a
   comprehensive hydrogeologic and engineering report which defines
   the extent and degree of contamination and establishes, as
   necessary, a specific remedial action program.

Phone:

State Office Building, Hartford, Connecticut 06115

E.    On or before January 31, 1983, submit for the review and
approval of the Commissioner of Environmental Protection
contract plans and specification for the facilities and/or
procedures as defined in step D.

Entered as an Order of the Commissioner of Environmental
Protection this 21 June 1982.


                                    _Stanley J Pac_
                                    Stanley D. Pac
                                    COMMISSIONER


ORDER NO. 3279

LITCHFIELD

SENT CERTIFIED MAIL - RRR

# Exhibit
# B



EXHIBIT B

# Exhibit C



# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



September 20, 1991

Mr. Douglas Ritchie
Naugatuck Treatment Company
500 Cherry Street
Naugatuck, CT  06770

Re: Disposal of approximately 10,000 cubic yards of incinerated sludge ash from
the Naugatuck Treatment Company, 500 Cherry Street, Naugatuck, CT.

Dear Mr. Ritchie:

The Waste Management Bureau has determined that the above referenced
material is suitable for disposal at the Litchfield solid waste disposal area,
subject to the following conditions:

1.  Material should not contain any free draining liquids.

2.  Material may be utilized as a component of final cover material at the
    landfill.  Specifically, up to 16 inches of this material may be
    placed on the landfill surface and then covered with 8 inches of
    topsoil.  The soil must meet all applicable grain size and vegetation
    characteristics as required by department regulations and the facility
    permit.

3.  Proper erosion control measures should be followed to avoid excess
    runoff and siltation problems that may occur.  Additionally, all
    necessary controls shall be taken to suppress any odors associated
    with the use of this material.

This determination is based on the review of information and analytical
results of incinerated sludge ash samples submitted to the Waste Engineering
and Enforcement Division by the Naugatuck Treatment Company, Naugatuck, CT.

Permission to dispose of this material must also be obtained from the Town
of Litchfield, contact the First Selectman's office at 567-5133 for proper
disposal procedures.

It is the responsibility of the Naugatuck Treatment Company to make a
hazardous waste determination on all wastes generated prior to disposal and to
frequently reevaluate these determinations.  This is a one time authorization
for disposal of this material, any future disposal requests must be submitted
to this office for review.

Please contact David McKeegan at 566-5847 if you have any questions.

Sincerely yours,

David A. Nash    for David Nash
Director
Waste Engineering & Enforcement Division
Waste Management Bureau

DAN/dkm/mdg
cc:Linda Bongiolatti, Litchfield First Selectman
(Printed on Recycled Paper)
165 Capitol Avenue • Hartford, CT 06106
An Equal Opportunity Employer



## NAUGATUCK TREATMENT COMPANY

500 CHERRY STREET
NAUGATUCK. CONNECTICUT 06770
TELEPHONE (203) 723-1433
FAX (203) 723-8539

SEP 11 PAID

September 10, 1991

Mr. David McKeegan
State of CT. Solid Waste
165 Capitol Avenue
Hartford, CT. 06106

Dear David:

The Naugatuck Treatment Company is currently in need of disposing
of up to 15,000 cubic yards per year of incinerated sludge ash.
The Town of Litchfield has requested that we provide them with
approximately 10,000 yards for part of the final cover for their
landfill.

Your written approval for the Litchfield landfill is requested.
I have attached a copy of recent testing of our ash and a check
in the amount of $100.00 for the permit fee.

Sincerely,

Douglas A. Ritchie

Douglas A. Ritchie
Plant Manager

# Exhibit D

# SPECTRUM ANALYTICAL, INC.

Laboratory Report

**Location:** Doyle Property-Litchfield, CT
**Client:** SMC
**Lab ID No:** AB84330
**Client Id:** MW-1

**Client Project No:** 98-057-3
**Submittal Date:** 4/26/00
**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| **Volatile Organic Compounds** | | | | | | | |
| **VOCs by GC/MS** | | | | | | | |
| Acetone | Not detected | ug/L | 100.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Acrylonitrile | Not detected | ug/L | 10.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Benzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromodichloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromoform | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromomethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Butanone (MEK) | Not detected | ug/L | 50.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| n-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| sec-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| tert-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Carbon disulfide | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Carbon tetrachloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloroform | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dibromo-3-chloropropane (DBCP) | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dibromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dibromoethane (EDB) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dibromomethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,3-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,4-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dichlorodifluoromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| cis-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| trans-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |

**Lab ID No:** AB8435u

**Client Id:** MW-1

**Collection Date:** 4/25/00

**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| 1,3-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| cis-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| trans-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Ethylbenzene | 1.2 | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Hexachlorobutadiene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Hexanone (MBK) | Not detected | ug/L | 100.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Isopropylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Isopropyltoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Methyl-tert-butyl ether (MTBE) | 8.2 | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Methyl-2-pentanone (MIBK) | Not detected | ug/L | 20.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Methylene chloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Naphthalene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| n-Propylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Styrene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,1,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,2,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Tetrachloroethene (PCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Toluene | 2.9 | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,3-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,4-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,1-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,2-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Trichloroethene (TCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Trichlorofluoromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,3-Trichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,4-Trimethylbenzene | 1.4 | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,3,5-Trimethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Vinyl chloride | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| m,p-Xylenes | 2.7 | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| o-Xylene | 1.4 | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Bromofluorobenzene (%SR) | 103 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,4-Difluorobenzene (%SR) | 103 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chlorobenzene-d5 (%SR) | 101 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |

**Metals Preparation**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mercury Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| Metals Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 200.7 |

**Metals Analysis**

*Total RCRA8 Metals*

**Lab ID No:** AB84330
**Client Id:** MW-1

**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|-----------|---------|-------|-----------------|------------|----------|---------|--------|
| Total Arsenic | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Barium | 0.283 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Cadmium | Below det lim | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Chromium | 0.0255 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Lead | 0.025 | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Selenium | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Silver | Below det lim | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Mercury | Below det lim | mg/L | 0.0004 | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| **General Chemistry** | | | | | | | |
| Total Cyanide | Below det lim | mg/L | 0.01 | 4/28/00 | 4/28/00 | JAK | EPA 335.2 |

Lab ID No: AB8433₁
Client Id: MW-2

Collection Date: 4/25/00
Matrix: Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| **Volatile Organic Compounds** | | | | | | | |
| *VOCs by GC/MS* | | | | | | | |
| Acetone | Not detected | ug/L | 200.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Acrylonitrile | Not detected | ug/L | 20.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Benzene | 37 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromochloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromodichloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromoform | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromomethane | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Butanone (MEK) | Not detected | ug/L | 100 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| n-Butylbenzene | 14 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| sec-Butylbenzene | 8.8 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| tert-Butylbenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Carbon disulfide | Not detected | ug/L | 10 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Carbon tetrachloride | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloroethane | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloroform | 18 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloromethane | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Chlorotoluene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Chlorotoluene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dibromo-3-chloropropane (DBCP) | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dibromochloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dibromoethane (EDB) | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dibromomethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3-Dichlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,4-Dichlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dichlorodifluoromethane | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloroethene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| cis-1,2-Dichloroethene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| trans-1,2-Dichloroethene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichloropropane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3-Dichloropropane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2,2-Dichloropropane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloropropene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| cis-1,3-Dichloropropene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| trans-1,3-Dichloropropene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |

**Lab ID No:** AB8435₁
**Client Id:** MW-2

**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Ethylbenzene | 190 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Hexachlorobutadiene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Hexanone (MBK) | Not detected | ug/L | 200.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Isopropylbenzene | 13 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Isopropyltoluene | 2.1 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Methyl-tert-butyl ether (MTBE) | 1,200 | ug/L | 50.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Methyl-2-pentanone (MIBK) | Not detected | ug/L | 40.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Methylene chloride | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Naphthalene | 20 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| n-Propylbenzene | 41 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Styrene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,1,2-Tetrachloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,2,2-Tetrachloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Tetrachloroethene (PCE) | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Toluene | 590 | ug/L | 50.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,3-Trichlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,4-Trichlorobenzene | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,1-Trichloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,2-Trichloroethane | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Trichloroethene (TCE) | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Trichlorofluoromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,3-Trichloropropane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,4-Trimethylbenzene | 210 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3,5-Trimethylbenzene | 63 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Vinyl chloride | Not detected | ug/L | 4.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| m,p-Xylenes | 380 | ug/L | 50.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| o-Xylene | 240 | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Bromofluorobenzene (%SR) | 102 | ug/L | 0. | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,4-Difluorobenzene (%SR) | 100 | ug/L | 0. | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chlorobenzene-d5 (%SR) | 97 | ug/L | 0. | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| **TPH Preparation** | | | | | | | |
| Separatory Funnel Extraction | Completed | | | 4/27/00 | 4/27/00 | DS | SW846 3510C |
| **Petroleum Hydrocarbon Analysis** | | | | | | | |
| TPH by IR | 1 | mg/L | 0.5 | 4/27/00 | 4/28/00 | DS | EPA 418.1 |
| **SVOC Preparation** | | | | | | | |
| Separatory Funnel Extraction | Completed | | | 4/27/00 | 4/27/00 | EP | SW846 3510C |
| **Semivolatile Organic Compounds** | | | | | | | |
| *Semivolatiles by GC/MS* | | | | | | | |
| Pyridine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |

**Lab ID No:** AB8433₁                    **Collection Date:** 4/25/00
**Client Id:** MW-2                       **Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| n-Nitrosodimethylamine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Aniline | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Bis (2-chloroethyl) ether | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Phenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Chlorophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 1,3-Dichlorobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 1,4-Dichlorobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 1,2-Dichlorobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzyl alcohol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Bis (2-chloroisopropyl) ether | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Methylphenol (o-cresol) | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Hexachloroethane | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| n-Nitroso-di-n-propylamine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 3-Methylphenol (m-cresol) | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Methylphenol (p-cresol) | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Nitrobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Isophorone | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Nitrophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4-Dimethylphenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Bis (2-chloroethoxy) methane | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4-Dichlorophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 1,2,4-Trichlorobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzoic acid | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Naphthalene | 10 | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Chloroaniline | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Hexachlorobutadiene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Chloro-3-methylphenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Methylnaphthalene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Hexachlorocyclopentadiene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4,6-Trichlorophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4,5-Trichlorophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Chloronaphthalene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Nitroaniline | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Acenaphthylene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Dimethylphthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,6-Dinitrotoluene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Acenaphthene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 3-Nitroaniline | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4-Dinitrophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Dibenzofuran | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4-Dinitrotoluene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Nitrophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |

**Lab ID No:** AB8435ᵢ
**Client Id:** MW-2

**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Fluorene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Chlorophenyl phenyl ether | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Diethyl phthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Nitroaniline | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4,6-Dinitro-2-methylphenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| n-Nitrosodiphenylamine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Azobenzene/Diphenyldiazine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 4-Bromophenyl phenyl ether | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Hexachlorobenzene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Pentachlorophenol | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Phenanthrene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Anthracene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Carbazole | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Di-n-butylphthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Fluoranthene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzidine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Pyrene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Butyl benzyl phthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 3,3'-Dichlorobenzidine | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzo (a) anthracene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Chrysene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Bis (2-ethylhexyl) phthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Di-n-octylphthalate | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzo (b) fluoranthene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzo (k) fluoranthene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzo (a) pyrene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Indeno (1,2,3-cd) pyrene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Dibenz (a,h) anthracene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Benzo (g,h,i) perylene | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Fluorobiphenyl (%SR) | 56 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2-Fluorophenol (%SR) | 62 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Nitrobenzene-d5 (%SR) | 45 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Phenol-d5 (%SR) | 54 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| Terphenyl-d14 (%SR) | 120 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| 2,4,6-Tribromophenol (%SR) | 60 | ug/L | 0. | 4/27/00 | 4/27/00 | MLB | SW846 8270C |
| **Metals Preparation** | | | | | | | |
| Mercury Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| Metals Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 200.7 |
| **Metals Analysis** | | | | | | | |
| *Total RCRA8 Metals* | | | | | | | |

Lab ID No: AB843ɔ₁
Client Id: MW-2

Collection Date: 4/25/00
Matrix: Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Total Arsenic | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Barium | 0.620 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Cadmium | Below det lim | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Chromium | 0.173 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Lead | 0.105 | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Selenium | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Silver | Below det lim | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Mercury | Below det lim | mg/L | 0.0004 | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| **General Chemistry** | | | | | | | |
| Total Cyanide | Below det lim | mg/L | 0.01 | 4/28/00 | 4/28/00 | JAK | EPA 335.2 |

Lab ID No: AB8433ᴢ                                 Collection Date: 4/25/00
Client Id: MW-3                                     Matrix: Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| **Volatile Organic Compounds** | | | | | | | |
| *VOCs by GC/MS* | | | | | | | |
| Acetone | Not detected | ug/L | 100.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Acrylonitrile | Not detected | ug/L | 10.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Benzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromodichloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromoform | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Bromomethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Butanone (MEK) | Not detected | ug/L | 50.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| n-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| sec-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| tert-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Carbon disulfide | Not detected | ug/L | 5.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Carbon tetrachloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloroform | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dibromo-3-chloropropane (DBCP) | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dibromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dibromoethane (EDB) | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dibromomethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,4-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Dichlorodifluoromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| cis-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| trans-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| cis-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| trans-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |

**Lab ID No:** AB8433∠    **Collection Date:** 4/25/00
**Client Id:** MW-3    **Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Ethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Hexachlorobutadiene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 2-Hexanone (MBK) | Not detected | ug/L | 100.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Isopropylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Isopropyltoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Methyl-tert-butyl ether (MTBE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Methyl-2-pentanone (MIBK) | Not detected | ug/L | 20.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Methylene chloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Naphthalene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| n-Propylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Styrene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,1,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,2,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Tetrachloroethene (PCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Toluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,3-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,4-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,1-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,1,2-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Trichloroethene (TCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Trichlorofluoromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,3-Trichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,2,4-Trimethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,3,5-Trimethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Vinyl chloride | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| m,p-Xylenes | Not detected | ug/L | 2.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| o-Xylene | Not detected | ug/L | 1.0 | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 4-Bromofluorobenzene (%SR) | 104 | ug/L | | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| 1,4-Difluorobenzene (%SR) | 102 | ug/L | | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| Chlorobenzene-d5 (%SR) | 104 | ug/L | | 4/27/00 | 4/28/00 | DG | SW846 8260B |
| **Metals Preparation** | | | | | | | |
| Mercury Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| Metals Digestion | Completed | | | 4/28/00 | 4/28/00 | JM | EPA 200.7 |
| **Metals Analysis** | | | | | | | |
| ***Total RCRA8 Metals*** | | | | | | | |
| Total Arsenic | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Barium | 1.00 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Cadmium | Below det lim | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Chromium | 0.215 | mg/L | 0.005 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Lead | 0.192 | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |

Lab ID No: AB8433z
Client Id: MW-3

Collection Date: 4/25/00
Matrix: Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Total Selenium | Below det lim | mg/L | 0.015 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Silver | Below det lim | mg/L | 0.010 | 4/28/00 | 4/28/00 | CR | EPA 200.7 |
| Total Mercury | Below det lim | mg/L | 0.0004 | 4/28/00 | 4/28/00 | JM | EPA 245.1 |
| **General Chemistry** | | | | | | | |
| Total Cyanide | Below det lim | mg/L | 0.01 | 4/28/00 | 4/28/00 | JAK | EPA 335.2 |

**Lab ID No:** AB8433ɔ
**Client Id:** TBLANK

**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| **Volatile Organic Compounds** | | | | | | | |
| *VOCs by GC/MS* | | | | | | | |
| Acetone | Not detected | ug/L | 100.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Acrylonitrile | Not detected | ug/L | 10.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Benzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromodichloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromoform | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Bromomethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Butanone (MEK) | Not detected | ug/L | 50.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| n-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| sec-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| tert-Butylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Carbon disulfide | Not detected | ug/L | 5.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Carbon tetrachloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloroethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloroform | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chloromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Chlorotoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dibromo-3-chloropropane (DBCP) | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dibromochloromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dibromoethane (EDB) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dibromomethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,3-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,4-Dichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Dichlorodifluoromethane | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| cis-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| trans-1,2-Dichloroethene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,3-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2,2-Dichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| cis-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| trans-1,3-Dichloropropene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |

**Lab ID No:** AB84335
**Client Id:** TBLANK

**Collection Date:** 4/25/00
**Matrix:** Ground Water

| Parameter | Results | Units | Reporting Limit | Start Date | End Date | Analyst | Method |
|---|---|---|---|---|---|---|---|
| Ethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Hexachlorobutadiene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 2-Hexanone (MBK) | Not detected | ug/L | 100.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Isopropylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Isopropyltoluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Methyl-tert-butyl ether (MTBE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Methyl-2-pentanone (MIBK) | Not detected | ug/L | 20.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Methylene chloride | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Naphthalene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| n-Propylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Styrene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,1,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,2,2-Tetrachloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Tetrachloroethene (PCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Toluene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,3-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,4-Trichlorobenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,1-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,1,2-Trichloroethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Trichloroethene (TCE) | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Trichlorofluoromethane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,3-Trichloropropane | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,2,4-Trimethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,3,5-Trimethylbenzene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Vinyl chloride | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| m,p-Xylenes | Not detected | ug/L | 2.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| o-Xylene | Not detected | ug/L | 1.0 | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 4-Bromofluorobenzene (%SR) | 108 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| 1,4-Difluorobenzene (%SR) | 101 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |
| Chlorobenzene-d5 (%SR) | 106 | ug/L | | 4/27/00 | 4/27/00 | DG | SW846 8260B |

Reviewed by:

Quality Service/Quality Assurance Depts.

Validated by:

President/Laboratory Director

4/28/00



**SPECTRUM ANALYTICAL, INC.**
*Featuring*
HANIBAL TECHNOLOGY

## Laboratory Report Supplement
### *References*

| | |
|---|---|
| SW 846 | Test Methods for Evaluating Solid Waste. Third edition, 1998 |
| 40 CFR 136 | Guidelines Establishing Test Procedures for the Analysis of Pollutants Under the Clean Water Act |
| 40 CFR 141 | National Primary Drinking Water Regulations |
| 40 CFR 143 | National Secondary Drinking Water Regulations |
| 40 CFR 160 | Federal Insecticide, Fungicide and Rodenticide Act (FIFRA), Good Laboratory Practice Standards |
| APHA-AWWA-WPCF | Standard Methods for the Examination of Water and Wastewater. 19th edition, 1995 |
| ASTM D 3328 | Standard Methods for the Comparison of Waterborne Petroleum Oils by Gas Chromatography |
| EPA 540/G-87/003 | Data Quality Objectives for Remediation Response Activities, Development Process |
| EPA 600/4-79-012 | Quality Assurance Handbook for Analytical Quality Control in Water and Wastewater Laboratories |
| EPA 600/4-79-019 | Handbook for Analytical Quality Control in Water and Wastewater Laboratories |
| EPA 600/4-79-020 | Method for the Chemical Analysis of Water and Wastes |
| EPA 600/4-82-057 | Methods for Organic Chemical Analysis of Municipal and Industrial Wastewater |
| EPA 600/4-85/056 | Choosing Cost-Effective QA/QC Programs for Chemical Analysis |
| EPA 600/4-88/039 | Method for the Determination of Organic Compounds in Drinking Water |
| CT ETPH | Analysis of Extractable Total Petroleum Hydrocarbons (ETPH) |
| MADEP EPH | Method for the Determination of Extractable Petroleum Hydrocarbons (EPH) |
| MADEP VPH | Method for the Determination of Volatile Petroleum Hydrocarbons (VPH) |
| QAMS 004/80 | Guidelines and Specifications for Preparing Quality Assurance Program Plans, USEPA Office of Monitoring System and Quality Assurance |
| GC-D-52-77 | Oil Spill Identification System |

### *Acronyms & Abbreviations*

| | | | |
|---|---|---|---|
| AA | Atomic Absorption | MS | Matrix Spike |
| ASTM | American Society for Testing and Materials | MSD | Matrix Spike Duplicate |
| BOD | Biological Oxygen Demand | NTU | Nephelometric Turbidity Units |
| °C | degree(s) Celsius | PAHs | Polynuclear Aromatic Hydrocarbons |
| COD | Chemical Oxygen Demand | PCBs | Polychlorinated Biphenyls |
| CMR | Code of Massachusetts Regulations | PID | Photo Ionization Detector |
| DEP | Department of Environmental Protection | PQL | Practical Quantitation Limit |
| DI | De-ionized | R | Recovery (%R: Percent Recovery) |
| DO | Dissolved Oxygen | RSD | Relative Standard Deviation |
| EPA | Environmental Protection Agency | SM | Standard Method |
| EPH | Extractable Petroleum Hydrocarbons | SR | Surrogate Recovery (%SR) |
| FID | Flame Ionization Detector | SW | Solid Waste |
| GC | Gas Chromatograph | THM | Trihalomethane(s) |
| GC / MS | Gas Chromatograph / Mass Spectrometer | TOC | Total Organic Carbon |
| ICP | Inductively Coupled Plasma | TOX | Total Organic Halogen |
| Id | Identification | TPH | Total Petroleum Hydrocarbons |
| MCL | Maximum Contaminant Level | VOC | Volatile Organic Compound |
| MDL | Minimum Detection Limit | VPH | Volatile Petroleum Hydrocarbons |



# CHAIN OF CUSTODY RECORD

**SPECTRUM ANALYTICAL, INC.**
featuring
HANIBAL TECHNOLOGY

**WB Special Handling:**
☒ Standard TAT - 7 to 10 business days
☒ Rush TAT - Date Needed:
- All TATs are subject to laboratory approval.
- Min. 24-hour notification is needed for rushes.
- All samples are disposed of after 60 days unless otherwise instructed.

Report To: SMC Environmental      Invoice To: SMC      Page 1 of 1

Project Mgr.: Mike Mahan      P.O. No.:      RQN:

Project No.: 98-057-3
Site Name: Doyle Property
Location: Litchfield      State: Ct
Sampler(s): TJB

| Lab Id: | Sample Id: | Date: | Time: | Type | Matrix | Preservative | # of VOA Vials | # of Amber Glass | # of Clear Glass | # of Plastic | VOC's Method 8260 | Total RCRA "8" Metal | Total Cyanide | TPH Method 418.1 | SVOC's Method 8270 | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MW-1 | 4-25-00 | 1605 | G | GW | 2 | 2 | | | 2 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | MW-2 | | 1635 1640 TB | | | | 2 | 1 | | 2 | ✓ | ✓ | ✓ | | ✓ | | | | |
| | MW-3 | | 1710 | | | | 2 | | | 2 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | Tr. Blank | ↓ | 1535 | ↓ | ↓ | ↓ | 1 | | | p | ✓ | ✓ | ✓ | | ✓ | | | | |

**Legend:**
1=Na₂S₂O₃  2=HCl  3=H₂SO₄  4=HNO₃  5=NaOH  6=Ascorbic Acid
7=CH₃OH  8=NaHSO₄  9=  10=
G=Grab  C=Composite
DW=Drinking Water  GW=Groundwater
SW=Surface Water  SO=Soil  SL=Sludge  O=Oil  A=Air  WW=Wastewater
X1=  X2=  X3=

Additional Instructions:

☐ Fax results when available to (860) 567-2349
☐ E-mail results when available to

Relinquished by: / Date: / Time:
Received by: / Date: 4/26 / Time: 4:10

11 Almgren Drive • Agawam, Massachusetts 01001 • 413-789-9018 • Fax 413-789-4076 • www.spectrum-analytical.com