UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X   Civil Number: 02-CV-656 (GLG.

TIMOTHY P. DOYLE                                :

      Plaintiff                                  :

v.                                                           :

TOWN OF LITCHFIELD                      :

      Defendant                                :
------------------------------------------------X   December 21, 2004

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiff, Timothy P. Doyle has manually filed the following:

    Exhibit E to Declaration of John T. Shaban, Esq.: Unreported Cases

This document has not been filed electronically because

- [ ]   the document or thing cannot be converted to an electronic format
- [X]   the electronic file size of the document exceeds 1.5 megabytes
- [ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                Respectfully submitted,

                                                John T. Shaban (ct14075)
                                                Whitman Breed Abbott & Morgan LLC
                                                100 Field Point Rd.
                                                Greenwich, CT 06830
                                                203-869-3800
                                                203-869-1951 (facsimile)
                                                jshaban@wbamct.com

58869

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2004, a copy of foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*[signature]*

John T. Shaban (ct14075)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jshaban@wbamct.com

58869