UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X   Civil Number: 02-CV-656 (GLG.

TIMOTHY P. DOYLE                            :
                                            :
        Plaintiff                           :
                                            :
    v.                                      :
                                            :
TOWN OF LITCHFIELD                          :
                                            :
        Defendant                           :
------------------------------------------------------------X   December 20, 2004

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2004, a copy of Plaintiff's Opposition to the Town of Litchfield's Motion for Summary Judgment, Local Rule 56(a)2 Statement, Declaration of John T. Shaban, and Notice of Manual Filing were sent via first class mail to:

> *Counsel for Crompton Corporation*
> Elizabeth Barton
> Alexander G. Filotto
> Day Berry & Howard
> Cityplace I
> 185 Asylum St.
> Hartford CT 06103.

>                               /s/ John T. Shaban
>                               John T. Shaban (ct14075)
>                               Whitman Breed Abbott & Morgan LLC
>                               100 Field Point Rd.
>                               Greenwich, CT 06830
>                               203-869-3800
>                               203-869-1951 (facsimile)
>                               jshaban@wbamct.com

58875

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2004, a copy of foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ John T. Shaban
John T. Shaban (ct14075)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
jshaban@wbamct.com

58875