## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY DOYLE | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-cv-656 (JCH) |
| | : | |
| TOWN OF LITCHFIELD, ET AL | : | JUNE 1, 2005 |
|     Defendants. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes

\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

\_\_\_√\_\_\_  A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of June, 2005.

                                                            /s/ Janet C. Hall
                                                            Janet C. Hall
                                                            United States District Judge