UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X   Civil Number: 02-CV-656 (GLG)
TIMOTHY P. DOYLE,                                       :
                                                        :
      Plaintiff                                         :
                                                        :
  v.                                                    :
                                                        :
TOWN OF LITCHFIELD; CROMPTON                            :
MANUFACTURING COMPANY, INC.;                            :
UNIROYAL CHEMICAL COMPANY, INC.;                        :
NAUGATUCK TREATMENT COMPANY                             :
----------------------------------------------------------X   June 29, 2003

### RENEWED MOTION FOR LEAVE TO AMEND THE COMPLAINT

    Pursuant to Fed. R. Civ. Pro. Rule 15(a), plaintiff Timothy P. Doyle, through undersigned counsel, respectfully moves for leave to file the annexed proposed Third Amended Complaint to: (1) re-assert claims against named defendant Crompton Manufacturing Company ("Crompton") and its subsidiaries Uniroyal Chemical Company, Inc. ("Uniroyal") and Naugatuck Treatment Company ("NTC") (collectively, the "Crompton Defendants"); and (2) to re-state the complaint to conform to the Court's June 1, 2005 Ruling Re: Defendant's Motion for Summary Judgment (Docket No. 71) (the "Ruling").

    As described in the accompanying memorandum of law, leave is appropriate and necessary to ensure that justice is done and Plaintiff has his claims heard in accordance with the rationale of the Court's Ruling.

ORAL ARGUMENT REQUESTED

2

       THE PLAINTIFF
       TIMOTHY P. DOYLE


BY _____
    John T. Shaban (ct14075)
    Whitman Breed Abbott & Morgan LLC
    100 Field Point Rd.
    Greenwich, CT 06830
    203-869-3800
    203-869-1951 (facsimile)
    jshaban@wbamct.com

## **PROPOSED ORDER**

The foregoing Motion for Leave to File a Third Amended Complaint, having been duly considered, is hereby

      GRANTED/DENIED

                            THE COURT

                            By_____
                              Honorable Janet C. Hall, USDJ

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Renewed Motion for Leave to Amend Complaint, Memorandum of Law and proposed Third Amended Complaint were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.

/s/ John T. Shaban
John T. Shaban