UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
TIMOTHY P. DOYLE,                                : Civil Number: 02-CV-656(GLG)
                                                 :
      Plaintiff                                  :
                                                 :
   v.                                            :
                                                 :
TOWN OF LITCHFIELD, CROMPTON                     :
MANUFACTURING COMPANY, INC.;                     :
UNIROYAL CHEMICAL COMPANY, INC.;                 :
NAUGATUCK TREATMENT COMPANY                      :
                                                 :
      Defendants.                                : August 31, 2005
---------------------------------------------------------------X

## MOTION ON CONSENT FOR EXTENSION OF TIME

      Pursuant to Fed. R. Civ. P. 7 and Rule 7 of the Rules of the United States District Court for the District of Connecticut, the Plaintiff, Timothy P. Doyle (hereinafter 'Plaintiff") hereby moves the Court for a fourteen (14) day extension of time, up to and including September 16, 2005, within which to respond to Defendant Town of Litchfield's First Set of Interrogatories and Requests for Production dated August 3, 2005 (hereinafter "Request"). Plaintiff seeks this extension in order that it may properly investigate and prepare its response to the Defendant's Request due to Plaintiff's current hospitalization. On August 11, 2005, Plaintiff partially responded to Defendant's Request.

      The undersigned has conferred with counsel for Defendant the Town of Litchfield, George Dagon, Esq., who consents to grant this motion.

      This is the first motion for extension of time that has been filed by Plaintiff.

**ORAL ARGUMENT IS NOT REQUESTED**

THE PLAINTIFF
TIMOTHY P. DOYLE


BY /s/John T. Shaban
    John T. Shaban (ct14075)
    Whitman Breed Abbott & Morgan LLC
    100 Field Point Rd.
    Greenwich, CT 06830
    203-869-3800
    203-869-1951 (facsimile)
    jshaban@wbamct.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Motion on Consent for Extension of Time were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.

/s/ John T. Shaban  
John T. Shaban
