UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
TIMOTHY P. DOYLE,                              :      Civil Number: 02-CV-656(GLG)
                                               :
        Plaintiff                              :
                                               :
    v.                                         :
                                               :
TOWN OF LITCHFIELD, CROMPTON                   :
MANUFACTURING COMPANY, INC.;                   :
UNIROYAL CHEMICAL COMPANY, INC.;               :
NAUGATUCK TREATMENT COMPANY                    :
                                               :
        Defendants.                            :      September 20, 2005
---------------------------------------------------------X

## MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL

Plaintiff, Timothy P. Doyle, through undersigned *pro bono* counsel, hereby moves for a two week continuance of pretrial deadlines and trial date to accommodate Plaintiff's counsel's need to attend to an illness in Plaintiff's counsel's immediate family.

The present deadlines are as follows:

- September 21, 2005: Joint Trial Memo due;

- September 26, 2005: Pretrial Conference;

- September 27, 2005: Jury Trial Selection;

- October 11, 2005: Trial.

Plaintiff's counsel respectively requests that these deadlines be moved two weeks to allow counsel to attend to these personal matters.

The Town of Litchfield's counsel has stated that the Town stands ready to honor the present deadlines, but otherwise takes no position with respect to the instant request.

This is Plaintiff's first request for a continuance of the trial date and related deadlines.

                PLAINTIFF
                TIMOTHY P. DOYLE


                /s/ John T. Shaban
                John T. Shaban (ct14075)
                Whitman Breed Abbott & Morgan LLC
                100 Field Point Rd.
                Greenwich, CT 06830
                203-869-3800
                203-869-1951 (facsimile)
                jshaban@wbamct.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Continuance of Pretrial Deadlines was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                     /s/ John T. Shaban
                                                                   John T. Shaban