```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

TIMOTHY P. DOYLE,            :

    Plaintiff,               :

         vs.                 :          No. 3:02CV656(WIG)

TOWN OF LITCHFIELD,          :

    Defendant.               :

-------------------------X
```

## BENCH TRIAL ORDER

A bench trial of this action shall be held before the Undersigned on February 23 and 24, 2006, in the Magistrate's Courtroom, Room 435, United States Courthouse, 915 Lafayette Blvd., Bridgeport, CT 06604, beginning at 10:00 A.M.

<u>Joint Trial Memorandum</u>:  The parties have already submitted a Joint Trial Memorandum.  At the time it was submitted, the issue of whether this case would be tried as a jury trial or bench trial had not been resolved.  That issue having been resolved, to the extent that either party wishes to amend the Joint Trial Memorandum, any amendments should be filed no later than February 6, 2006.

<u>Anticipated Evidentiary Problems</u>:  The parties shall address all anticipated evidentiary problems in motions in limine, with an accompanying memorandum of law, which should be filed no later than February 6, 2006.

<u>Witnesses</u>: It appears that the parties have already

1

exchanged witness lists.  To the extent there are any changes in the witness lists, amended witness lists must be exchanged no later than February 6, 2006.  Each party shall ensure the availability at trial of each witness listed by that party unless the Court and counsel are advised to the contrary not less than 48 hours prior to the commencement of the evidence.

Exhibits: To the extent they have not already done so, the parties shall exchange a list of exhibits no later than February 6, 2006.  All exhibits must be pre-marked prior to trial.  Plaintiff's exhibits shall begin with the number "1", and Defendant's exhibits shall begin with the number "501."  Exhibit tags for marking the exhibits may be obtained from the Clerk's Office upon request.  Counsel should coordinate exhibit identification to ensure that exhibits are not duplicated.  The parties must submit the original set of exhibits and an exhibit list to the Deputy Clerk.  Additionally two complete sets of exhibits should be provided to the Deputy Clerk for use of the Judge and his Law Clerk.  If possible, the exhibits should be in a binder and tabbed for ease of reference.

Proposed Findings of Fact and Conclusions of Law: The Corut does not require proposed findings of fact and conclusions of law at this time, but may require them to be submitted following the trial.  Counsel are encouraged to stipulate to as many facts as possible.

The deadlines set forth herein may not be modified by agreement of counsel. These deadlines may only be modified by an order of the Court, following a request for enlargement of time by written motion upon a showing of good cause. Any such motion should be filed no later than five (5) business days before the date from which counsel seeks an extension.

SO ORDERED, this ___13th___ day of __January__, 2006, at Bridgeport, Connecticut.

                                              /s/ *William I. Garfinkel*
                                              WILLIAM I. GARFINKEL,
                                              United States Magistrate Judge