UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X   Civil No.: 02-CV-656 (JCH)(WIG)
TIMOTHY P. DOYLE,                              :
                                               :
    Plaintiff,                                :
                                               :
v.                                             :
                                               :
TOWN OF LITCHFIELD                             :
                                               :
    Defendant.                                :
---------------------------------------------------------------X   February 2, 2006

## MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 9(b), Plaintiff Timothy P. Doyle hereby moves, with the consent of counsel for Town of Litchfield, for a two week extension of time to file and serve Plaintiff's motions in limine and an amended pretrial memo, presently due on February 6, 2006 pursuant to the Court's January 13, 2006 Bench Trial Order.

The parties are in the process of settling the case, and the additional time is needed to consummate the settlement.

Defendants' counsel has authorized the undersigned counsel to represent he consents to this extension. The matter is presently scheduled for trial on February 23, 2006.

                                          THE PLAINTIFF
                                          TIMOTHY P. DOYLE

                                          BY /s/John T. Shaban
                                              John T. Shaban (ct14075)
                                              Whitman Breed Abbott & Morgan LLC
                                              100 Field Point Rd.
                                              Greenwich, CT 06830
                                              203-869-3800
                                              203-869-1951 (facsimile)
                                              jshaban@wbamct.com

2

## ORDER

The foregoing Consent Motion to Extend Time having been presented to the Court, it is hereby ORDERED:

      GRANTED/DENIED

_____
Judge/Assistant Clerk

69351                                    2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Continuance of Pretrial Deadlines was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John T. Shaban
John T. Shaban