UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
TIMOTHY P. DOYLE,                                          :
                                                           :
       Plaintiff                                          :
                                                           :
       v.                                                 :   No. 3:02cv0656(WIG)
                                                           :
TOWN OF LITCHFIELD;                                        :
                                                           :
       Defendant                                          :
-----------------------------------------------------------X

FILED
2006 FEB 24  A 10: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### SCHEDULING ORDER

    Upon review and consideration of the parties' joint request for an extension of all pretrial deadlines and a continuance of the February 23, 2006 trial date to allow for settlement negotiations, it is hereby

    ORDERED that the trial of this matter scheduled for February 23 and 24, 2006 is hereby continued. All pretrial deadlines are extended for a period of thirty (30) days. If this matter is not reported settled on or before March 24, 2006, the case will be placed on the next available trial calendar.

    SO ORDERED, this 23rd day of February, 2006, at Bridgeport, Connecticut.

                                                  WILLIAM I. GARFINKEL,
                                                United States Magistrate Judge