UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Timothy P. Doyle

V.                              Case Number: 3:02cv656(WIG)

Town of Litchfield

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court to be settled back in the spring. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on September 29th, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, September 18, 2006.

KEVIN F. ROWE, CLERK

By: /s/_____
    Carol Sanders
    Deputy Clerk