UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Timothy P. Doyle

V.                               Case Number: 3:02cv656(WIG)

Town Of Litchfield, et al

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on 12/11/2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (10) days thereafter.

Accordingly, an order of dismissal will be entered on December 21, 2006, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 12, 2006.

KEVIN F. ROWE, CLERK

By: __/s/_____
    Carol Sanders
    Deputy Clerk