UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
TIMOTHY P. DOYLE,                              :
                                               :    Civil Number: 02-CV-656 (JCH)
        Plaintiff,                             :
                                               :
    v.                                         :
                                               :
TOWN OF LITCHFIELD,                            :
                                               :
        Defendant.                             :
------------------------------------------------------------X    December 11, 2006

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is with prejudice and is to occur without the imposition of fees or costs.

THE PLAINTIFF
Timothy P. Doyle

By: _____
John T. Shaban, Esq. (ct 14075)
Whitman Breed Abbott & Morgan LLC
100 Field Point Road
Greenwich, CT 06830
Tel. 203-862-2362
Fax 203-869-1551
jshaban@wbamct.com

THE DEFENDANT
Town of Litchfield

By: _____
George A. Dagon, Esq. (ct06599)
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469
Tel. 860-240-6039
Fax 860-240-6150
gdagon@murthalaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Proposed Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
John T. Shaban

96806